<div style="text-align: right; color: red;">
FILED IN THE<br>
U.S. DISTRICT COURT<br>
EASTERN DISTRICT OF WASHINGTON<br><br>
**Feb 26, 2024**<br><br>
SEAN F. McAVOY, CLERK
</div>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFONSO NAVA NARCISO,<br><br>  Plaintiff,<br><br>  -vs-<br><br>ALEJANDRO MAYORKAS, United States Secretary of Homeland Security, UR M. JADDOU, Director of U.S. Citizenship and Immigration Services, LOREN K. MILLEN, Director of U.S. Citizenship and Immigration Services Nebraska Service Center, and the UNITED STATES OF AMERICA,<br><br>  Defendants. | No.  2:23-CV-0370-JAG<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Pursuant to Plaintiff's Notice of Voluntary Dismissal, ECF No. 5, and Fed. R. Civ. P. 41(a)(1)(A)(i), the case is **DISMISSED without prejudice.** Plaintiff shall bear his own costs of litigation.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to Plaintiff, and **CLOSE** this file.

DATED February 26, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1